UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-22868-CIV-HOEVELER

AIRLINE PROFESSIONAL SERVICES,
INC., a Florida Corporation, d/b/a PCL
FREIGHT SYSTEMS,

    Plaintiff,

v.

SDV (USA), INC., a Foreign Texas Corporation,

    Defendant.
_____/

### ORDER ON DISCOVERY MOTIONS

THIS MATTER comes before the Court on Plaintiff Airline Professional Services, Inc. ("APS")'s Motion to Compel Production of Documents and Better Responses to Interrogatories, filed July 16, 2008, and Defendant SDV (USA), Inc. ("SDV")'s Motion to Compel Payment of Ordered Sanctions, filed August 25, 2008. The Court held a hearing on these motions on August 28, 2008. Counsel for Plaintiff indicated that the sanctions at issue would be paid within five days of the hearing. Following the parties' arguments, the Court ORDERED as follows:

1.    Plaintiff's Motion to Compel Production of Documents and Better Responses to Interrogatories [DE 86] is DENIED.

2.    Defendant's Motion to Compel Payment of Ordered Sanctions [DE 97] is GRANTED.

DONE AND ORDERED in chambers in Miami, Florida this 4th day of September, 2008.

                                       */s/ Wm M Hoeveler*
                                       WILLIAM M. HOEVELER
                                       SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record